IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,

CENTRAL DIVISION

| | |
|---|---|
| CLAUDE E. CORTHRAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MOUNTAIN WEST OIL FIELD, a division of CIVEO USA LLC (formerly known as PTI Group USA LLC),<br><br>　　　　　　　　　　Defendant. | **ORDER OF DISMISSAL<br>WITH PREJUDICE**<br><br>Case No. 2:15-cv-00462-RJS-PMW<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Paul M. Warner |

　　　　The Parties have filed a Stipulation of Dismissal with Prejudice. (Dkt. 21.)   Good cause appearing, the motion is GRANTED.   The action is dismissed with prejudice.   Each Party shall bear its own costs and attorney fees.

　　　　The Clerk of Court is directed to close the case.

　　　　SO ORDERED this 12th day of December, 2016.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT J. SHELBY
　　　　　　　　　　　　　　　　　　　United States District Judge